## In the Matter of G. Jeffrey MOELLER.

### No. 753 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 23, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 23rd day of April, 2004, G. Jeffrey Moeller having been suspended from the practice of law in the State of New Jersey for a period of one year by Order of the Supreme Court of New Jersey dated September 4, 2003; the said G. Jeffrey Moeller having been directed on February 3, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that G. Jeffrey Moeller is suspended from the practice of law in this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

### Frank L. MUNOZ, Petitioner,

v.

### PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

April 26, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2004, the petition for allowance of appeal is granted, the order of the Commonwealth Court is reversed, and the matter is remanded for recalculation of Petitioner's maximum release date, with disposition consistent with *Martin v. Pennsylvania Board of Probation and Parole,* 576 Pa. 588, 840 A.2d 299 (2003).

The Application for Special Relief Under Pa.R.A.P. 123 is denied.